AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| RUTHY VIRELLA <br> *Plaintiff* <br> v. <br> TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC., and COLLECTO, INC., d/b/a EOS CCA <br> *Defendant* | Civil Action No. 13-5392 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Collecto, Inc. d/b/a EOS CCA
700 Longwater Drive
Norwell, MA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MARK D. MAILMAN, ESQUIRE
100 SOUTH BROAD STREET
19TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEPTEMBER 17, 2013

*Michael G Mani*
MICHAEL G MANI, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-5392

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Collecto, Inc, d/b/a EOS CCA
was received by me on *(date)* Sept. 18, 2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served via certified mail; restrict delivery. It was signed for on 9-21-2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9-25-2013

Ilijana Vukas
*Server's signature*

Ilijana Vukas, Paralegal
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>L. Abreu   9/1/?? |
| 1. Article Addressed to:<br>Officer<br>Collecto, Inc. d/b/a EOS CCA<br>700 Longwater Drive<br>Norwell, MA | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☒ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7011 2000 0002 6847 3652 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540